IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02068-CMA-MEH

CATHY TKACIK,

     Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

     Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 19, 2008.**

     The Stipulated Motion for Entry of Protective Order [filed November 18, 2008; docket #7] is **granted**. The Protective Order is hereby filed contemporaneously with this minute order.