**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02068-CMA-MEH

CATHY TKACIK,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC., a California corporation,

    Defendant.
_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

    THIS matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. # 17). The Court, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, does hereby

    ORDER that this case is DISMISSED with prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED: December 23, 2008.

                                  BY THE COURT:

                                  _____
                                  Christine M. Arguello
                                  United States District Judge